Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO, | No.  1:11-CV-01946-LJO-DLB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| SHOGY SALEH AHMED, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 9, 2012                            MOORE LAW FIRM, P.C.


                                                  /s/Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff Fernando Rubio

///

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The February 23, 2012 scheduling conference is vacated. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **February 9, 2012**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE